Dotun David Fakeye
Case:
8623 Hemlock Hill Drive,
Houston, Texas 77083.
February 02, 2017

United States District Court Houston/Judge.
515 Rusk Street,
Houston, Texas 77002.

## UFO Abduction and Conspiracy Assimilation and Family Assassination

I warn the United States Government, Central Intelligence Agency, United States Police Department, and the FBI to stop setting me up with ugly women. I can not get a woman or any in the United States of America here and abroad unless I fall into their conspiracies.

I am a Nigerian and they can not mess with my brain capability. They keep their 21 century tactics or strategy to themselves. As a Nigerian I am running 25th and they quit home advantages.

They stay a trillion miles away from my family in Nigeria and the United States. If they don't

and they keep assimilation conspiracy they I will be in Russia and China space by my first visit.

They stay away from my family in England and entire Europe and my Business Project too.

Russia is calling and Asia